UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

HAIM SETH CHASMAN AND
DAVID CHASMAN,

          Plaintiffs,

   -against-

JPMORGAN CHASE BANK, N.A.,
CHASE BANK, AND RELATED
SUBSIDIARIES, successor by
merger of FIRST NATIONAL
BANK OF CHICAGO,

          Defendants.

―――――――――――――――――――――――――――――

Case No. 17-cv-1210 (NRB)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Andrea Likwornik Weiss, a member of the firm of Levi Lubarsky Feigenbaum & Weiss LLP, as counsel for defendant JPMorgan Chase Bank, N.A., also sued herein as "Chase Bank."

I hereby certify that I am an attorney admitted to practice in this Court.

Dated:    New York, New York
          April 6, 2017

                                          LEVI LUBARSKY FEIGENBAUM &
                                             WEISS LLP

                                               /s/ Andrea Likwornik Weiss
                                        By: _____
                                              Andrea Likwornik Weiss
                                        655 Third Avenue, 27th Floor
                                        New York, New York  10017
                                        (212) 308-6100
                                        aweiss@llfwlaw.com