UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HAIM SETH CHASMAN AND
DAVID CHASMAN,

        Plaintiffs,

  -against-

JPMORGAN CHASE BANK, N.A.,
CHASE BANK, AND RELATED
SUBSIDIARIES, successor by
merger of FIRST NATIONAL
BANK OF CHICAGO,

        Defendants.
_____

Case No. 17-cv-1210 (NRB)

RULE 7.1 STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant JPMorgan Chase Bank, N.A., also sued herein as "Chase Bank," certify that JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of its parent corporation, JPMorgan Chase & Co., a publicly held corporation.

Dated:  New York, New York
        April 6, 2017

        LEVI LUBARSKY FEIGENBAUM
          & WEISS LLP

By: _____
     Andrea Likwornik Weiss
655 Third Avenue, 27th Floor
New York, NY 10017
Tel.: (212) 308-6100
aweiss@llfwlaw.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A*