# LEVI LUBARSKY FEIGENBAUM & WEISS LLP

ATTORNEYS AT LAW
655 THIRD AVENUE
27TH FLOOR
NEW YORK, NEW YORK 10017

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLFWLAW.COM

April 6, 2017

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Chasman, et al. v. JPMorgan Chase Bank, N.A., 17 civ. 1210 (NRB)</u>

Dear Judge Buchwald:

    This firm represents defendant JPMorgan Chase Bank, N.A., also referred to in the captioned action as "Chase Bank" ("JPMCB"). I write to request an extension of time to respond to the complaint from April 7, 2017 to May 5, 2017. Counsel for plaintiffs consents to this request. No prior request for an adjournment has been sought.

                                              Respectfully submitted,

                                              Andrea Likwornik Weiss

cc:    Stuart Weichsel, Esq.
        (by ECF)