Buchwald, N

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAIM SETH CHASMAN, and
DAVID CHASMAN,
    Plaintiffs,
v.

JPMORGAN CHASE BANK, NA,
CHASE BANK, AND RELATED
SUBSIDIARIES,
successor by merger of FIRST
NATIONAL BANK OF CHICAGO,
    Defendants

STIPULATION OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
UNDER FRCP 41(A)(1)

Civil Action No. 17-cv-1210 (NRB)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their undersigned counsel, stipulate that this action be dismissed without prejudice and without costs to any party

Notwithstanding any provision of Rule 41(a), the parties agree that this voluntary dismissal shall have no prejudice, limitation, or effect on any other action or actions brought by plaintiffs

Dated: New York, New York
        July 13, 2017

Stropheus Law LLC
By _____
    Stuart Weichsel
11 Broadway, Suite 615, New York NY 10004
(917) 562-4697 stuart.weichsel@stropheus.com
*Attorneys for Plaintiffs*

LEVI LUBARSKY FEIGENBAUM & WEISS LLP
By: _____
Andrea Likwornik Weiss 655 Third Avenue, 27th Floor
New York, NY 10017 (212) 308-6100
aweiss@llfwlaw.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.,
also sued herein as "Chase Bank"*

SO ORDERED

_____
HON. NAOMI REICE BUCHWALD
United States District Judge    7/17/17